IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DONALD K. DENNIS, #1093314,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. **3:06-CV-2330-L** |
| § | |
| **NATHANIEL QUARTERMAN, director,** § | |
| **Texas Dept. Of Criminal Justice,** § | |
| § | |
| Respondent. § | |

## ORDER

This is a habeas petition brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States magistrate judge for proposed findings and recommendation. The Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed December 22, 2006, to which no objections were filed.

After making an independent review of the pleadings, file and record in this case, and the findings, conclusions and recommendation of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore **accepted** as those of the court. Accordingly, the Clerk of the Court is hereby **directed** to **transfer** this habeas corpus petition to the Fort Worth Division of the United States District Court for the Northern District of Texas.

**It is so ordered** this 8th day of January, 2007.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**